| | | |
|---|---|---|
| 1. | 8/11/70 / | MOTION by defendants Andrew L. Stone & Francis N. Rosenbaum for consolidation, (either in D.C. or E.D. Mo.)  Accompanied by supporting memo, and certificate of service.  (A-1 thru A-6) |
|  | 8/17/70 | Filed Hearing Order mailed to all counsel, involved judges and hearing clerk.  Hearing set for September 24, 1970, N.Y., N.Y. |
| 2. | 8/27/70  2 | Response of defendant William R. Kaelin |
|  | 8/27/70 | Motion for extension of time by United States. |
|  | 8/27/70 | Extension of time for responding granted to & incl. 8/28 to U.S. |
| 3. | 8/27/70  3 | Answer & Memorandum of Touche Ross & Co. |
| 4. | 8/27/70  4 | Response of defendant Lon Hocker |
| 5/ | 8/28/70  5 | Response of Plaintiff United States |
| 6. | 8/31/70  6 | Response of Harvard Industries, Inc. & Alsco, Inc. |
| 7. | 8/31/70  7 | Response of Robert A. W. Weiner |
| 8. | 8/31/70  8 | Response of Republic Electronic Industries Corp., Jeremy P. Taylor and Edward K. Kovacs |
|  | 9/1/70 | Motion for Extension of Time to File Reply bu movants Rosenbaum & Stone |
|  | 9/1/70 | ORDER granting Ext. of Time to & incl. 9/8/70 to filing reply to oppositions |
| 9. | 9/2/70  9 | Response of Raymond P. Vogele |
| 10. | 9/2/70  10 | Response of William W. Witmer, Joseph H. Rosenbaum, Louis Hoppe & Evelyn R. Price. |
|  | 9/2/70 | Supplemental Certificate of Service for Response of Republic Electronic Industries Corp., Jeremy P. Taylor & Edward K. Kovacs |
|  | 9/4/70 | Supplemental Certificate of SErvice for Response of William R. Kaelin. |
| 11. | 9/4/70  11 | Brief of Ohio Counsel representing Stone & Rosenbaum joing in motion. |
|  | 9/8/70 | Supplemental Certificate of Service for Response of Robert A. Weiner. |
| 12. | 9/8/70  12 | Responseof Albert G. Katz; Memorandum in Support; and Certificate of Service |
| 13. | 9/8/70  13 | Respon Reply Statement of Harvard Industries, Inc. & Alsco, Inc. |
| 14. | 9/8/70  14 | Reply of Movants to Briefs in Opposition to Motion. |
| 15. | 3/4/71  15 | Motion of Andrew L. Stone to add R.H.McRoberts v. Harvard Ind., Inc. and Andrew L. Stone, No. 70 C 473, E.D. Missouri to pending litigation for transfer and consolidation of pretrial proceedings. |
| 16. | 3/21/71 16 | R.H. MCROBERTS V. HARVARD IND, AND ANDREW L. STONE, No. 70 C. 473 E.D. Missouri.  Republic Electronic Industries Corp. XXXXXXXX Taylor, and Kovacs  to motion of Andrew L. Stone. |

DOCKET NO. 54 - IN RE ALSCO-HARVARD FRAUD LITIGATION

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 17  3/23/71 | Memorandum of Touche Ross & Co. in opposition to Motion of Andrew L. Stone to add additional case to motion for transfer and consolidation | |
| 19  3/23/71 | Answer and Opposition of plaintiff U.S.A. to motion to add related litigation to pending motion for transfer and consolidation | |
| 3/25/71 | CONSENT OF TRANSFEREE COURT signed by Chief Judge Curran, D. C. | |
| 3/25/71 | OPINION AND ORDER transferring three actions from E.D. Mo., 1 from S.D. N.Y., and 1 from N.D. Ohio for the District of Columbia for consolidation before JUDGE CHARLES R. WEINER (E.D. Pa.). Notice to transferee clerk and judge; transferor clerks and judges; involved counsel; Panel; publishers. | |
| 3/25/71 | Reply of Movant Sone to Opposition of Touche Ross & Co. & Republic Electronics, et al. | |
| 4/21/71 | R.H. MCROBERTS V. HARVARD IND., AND ANDREW L. STONE, E.D. Mo., 70 C 473(4) HEARING ORDER entered seting for May 26, 1971 Washington, D. C. | |
| 20  4/28/71 | ANDREW L. STONE V. HARVARD IND., VERMONT, 6241  (B-2) HARVARD IND. v. FALROCK CORP., DELAWARE, 4036  (B-3) Motion to add the two cases as tag-alongs from Harvard Ind and memo supporting. | |
| 4/28/71 | R.H. McROBERTS V. HARVARD IND., AND ANDREW L. STONE, E.D. Mo., 70 C 473(4) HEARING ORDER corrected. Sent to counsel and involved judges. | |
| 5/10/71 | ANDREW L. STONE V. HARVARD IND., INC., VERMONT, 6241 HARVARD IND., INC. V. FALROCK CORP., DELAWARE, 4036 Entered hearing and show cause order. Set for May 26, 1971 hearing Washington, D. C. - Sent to all counsel, involved judges. | |
| 21  5/11/71 | HARVARD IND. INC. V. FALROCK CORP., DELAWARE, 4036 Response from Falrock to plaintiff's motion. (Notice of Opposition) | |
| 22,  5/21/71 | HARVARD IND. INC. V. FALROCK CORP., DELAWARE, 4036 Response from Falrock to plaintiff's motion.and brief. | |
| 6/30/71 | MCROBERTS V. HARVARD IND. AND A.L. STONE, E.D. MISSOURI, 6241 70 C 473 (4) ANDREW L. STONE V. HARVARD IND., D. VERMONT, 6241 HARVARD IND. V. FALROCK CORP., D. DELAWARE, 4036 OPINION AND ORDER transfering to DISTRICT OF COLUMBIA (Judge Weiner) for consolidated or coordinated pretrial proceedings. | |
| 4/14/75 | (23)  MOTION -- BRIEF (Francis N. Rosenbaum and Andrew L. Stone) For an order Directing an Evidentiary Hearing or for leave to appeal | |
| 4/18/75 | (24) STATEMENT -- XXXXXXXXX ANDREW L. STONE AND FRANCIS ROSENBAUM w/cert. of service | |
| 4/29/74 | ORDER DENYING MOTION FOR AN           ) Denying Stone & Rosenbaum motion. ORDER DIRECTING AN EVIDENTIARY ) Copies to JPML Judges, transferee HEARING OR FOR LEAVE TO APPEAL ) Clerk & judge and Cheif Judge of transferee district and to all involved counsel. | |
| XXXXXXX  4/30/76 | (25) MOTION--BRIEF--CERT. OF SERVICE --HURLEY & ABRAMS -- to transfer following action to the U.S.DIST CROURT FOR THE D.C. (C-1) Andrew L. Stone v. William D. Hurley, et al. C.D. Calif., C76-0373-ALS | |
| 5/13/76 | REQUEST FOR EXTENSION -- Plaintiff Stone -- Granted to May 27, 1976 | |
| (26)  5/17/76 | BRIEF OF MARINE MIDLAND BANK with/ Notice of Opposition, Affidavit and certificate of service | |
| 5/18/76 | REQUEST FOR EXTENSION -- Defendant James Kay -- GRANTED TO MAY 27, 1976 Notified counsel. | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/24/76 | HEARING ORDER -- Boston, Massachusetts, June 25, 1975 Andrew L. Stone v. William D. Hurley, C.D. Cal, C76-0373-ALS Motion of Hurley & Abrams. | |
| 5/24/76 | (27) RESPONSE -- JAMES KAY w/affidavit and cert. of service | |
| 5/28/76 | (28) RESPONSE -- AFFIDAVIT -- JOSEPH BERNFELD w/cert. of service | |
| 6/23/76 | LETTER FROM BURTON M. ABRAMS, dated June 17, 1976 Stating that Stone Action is well into settlement proceedings and requesting that Hearing be vacated | |
| 6/23/76 | ORDER -- VACATING HEARING set for Stone v. Hurley, C.D. Calif. C76-0373-ALS | |
| 10/18/76 | ORDER -- WITHDRAWING MOTION TO TRANSFER C-1 Stone v. Hurley, c.D.Calif., C.76-0373-DWW -- Notified counsel, clerks and involved judges | |
| 11/3/77 | ORDER -- REASSIGNING LITIGATION TO JUDGE LOUIS F. OBERDORFER, D. D.C., for pretrial proceedings pursuant to 28 U.S.C. §1407 NOTIFIED INVOLVED JUDGES, COUNSEL and CLERK | |

OPINION AND ORDER OF ~~APRIL 9,~~ *March 25* 1971, 325 F. Supp. 315   *Closed 12/5/83*
OPINION AND ORDER OF JUNE 30, 1971 *328* F. SUPP. *1405*   DOCKET NO. 54

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

11/3/77 (MO) Judge Louis F. Oberdorfer

IN RE ALSCO-HARVARD FRAUD LITIGATION

3/24/76 transfer to DISTRICT OF COLUMBIA ~~in N.C.~~

*Computer ID No. 090*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | United States v. Andrew L. Stone, et al. *settled* | D.C. 230-69 | Jones | 9-1 9-2 | reassigned J. Jones $1404a 4/12/76 |
| A-2 | United States v. Andrew L. Stone, et al. *settled* | E.D. Mo. 69 C 24(2) | Meredith | X | 7-71 |
| A-3 | Alsco, Inc. v. Andrew L. Stone, et al. *DIS 11/19* | E.D. Mo. 69 C 173(3) | Regan | X | 60-71 |
| A-4 | Harvard Industries, Inc. v. Andrew L. Stone, et al. *DIS 11/19* | E.D. Mo. 70 C 66(3) | ~~Regan~~ | X | 661-71 |
| A-5 | Harvard Industries, Inc. v. Republic Electronic Industries, Inc. *DIS 4/5/72* | S.D.N.Y. 70 Civ 1113 | | 4/5/72 | 662-71 |
| A-6 | Albert G. Katz, etc. v. Andrew Stone, et al. *DIS 11/19* (Eastern Div.) | N.D. Ohio C68-685 | | X | C663-71 |
| B-1 | R.H. McRoberts v. Harvard Industries, Inc and Andrew L. Stone *DIS 11/19* | E.D. Mo. 70 C 473(4) | Wangelin | O&O 6/30/71 | 91-1402 |
| B-2 | Andrew L. Stone v. Harvard Industries, Inc. *DIS 9/10/76* | Vermont 6241 | OAKES | O&O 6/30/71 | 71-1371 |
| B-3 | Harvard Industries, Inc. v. Falrock Corp. *DIS 11/19* | Delaware 4036 | WRIGHT | O&O 6/30/71 | 71-1372 |
| | *8 Transfers to 6/30/71* *Verified correct by the Court - May 1975* | Transfer XYZ Pending | 8 1 9 | | |
| C-1 | Andrew Stone v. William D. Hurley et al., *Motion Withdrawn Order 10/8/76* | C.D.Calif. C76-0373-ALS | Stevens | | |
| | *Verified correct - 7/77* *correct as filed July 1978* *July 1979 - same* *July 1980 - same* | 8 to 1 XYZ 9 (?) dis ? Pdg | | | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 54 -- IN RE ALSCO-HARVARD FRAUD LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Francis N. Rosenbaum, Pro Se. <br> 1147 Dolly Madison Boulevard <br> McLean, Virginia  22101 <br><br> Andrew L. Stone, Pro Se. <br> 7722 Forsyth Boulevard <br> St. Louis, Missouri  63105 <br><br> PACIFIC ENTERPRISES, INC. <br> William T. Sherwood, Jr., Esq. <br> 1028 Connecticut Avenue <br> Washington, D. C.  20006 <br><br> JOSEPH ROSENBLUM <br> William G. Hundley, Esquire <br> Hundley, Cacheris & Sharp <br> 1709 New York Avenue, N.W. <br> Suite 205 <br> Washington, D. C.  20006 <br><br> UNITED STATES OF AMERICA <br> Irving Jaffe, Esquire <br> Department of Justice <br> 10th and Pennsylvania Ave., N.W. <br> Wahsington, D.C.  20530 <br><br> ANDREW L. STONE <br> Joseph Bernfeld, Esquire <br> Suite 1014 <br> Hilton Center <br> 900 Wilshire Boulevard <br> Los Angeles, Calif.  90017 <br><br> WILLIAM D. HURLEY <br> ~~BURTON M. ABRAMS~~ <br> ROBERT P. DUNE <br> Samuel Reisman, Esquire <br> One Wilshire Boulevard <br> Los Angeles, California  90017 <br><br> BURTON M. ABRAMS, ESQUIRE <br> Abrams & Sassower <br> 598 Madison Ave. <br> New York, New York | JAMES KAY <br> GORDON H. LEE <br> Peter M. Appleton, Esquire <br> Tyre & Kamins <br> 1800 Century Park East <br> Suite 1000 <br> Los Angeles, California  90067 <br><br> MARINE MIDLAND TRUST COMPANY OF <br>   NEW YORK <br> Sullivan & Cromwell <br> 48 Wall Street <br> New York, New York <br><br> MARINE MIDLAND GRACE TRUST COMPANY <br>   OF NEW YORK <br> Cohen and Freeman <br> 10960 Wilshire Boulevard <br> Suite 1234 <br> Los Angeles, California  90024 <br><br> Hurley R. Talpis, Esquire, Pro Se <br> 9401 Wilshire Boulevard <br> Suite 112 <br> Beverly Hills, Calif.  90212 <br><br> ~~HARVARD INDUSTRIES~~ <br> ~~Burton M. Abrams, Esquire~~ <br> ~~120 Broadway~~ <br> ~~New York, New York  10003~~ |